IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRICE JACKSON, # 190638, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:15-CV-818-WKW ) [WO] |
| LOUIS BOYD, Warden, and STEVE MARSHALL, Attorney General of the State of Alabama, | ) ) ) ) ) |
| Respondents. | ) |

## **ORDER**

On December 8, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 12) is ADOPTED, and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.[1]

DONE this 20th day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Steve Marshall succeeded Luther Strange as Attorney General. Therefore, Steve Marshall is automatically substituted for Luther Strange as a Defendant by operation of Rule 25(d) of the Federal Rules of Civil Procedure.